# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 29, 2023

### NO. 03-22-00037-CV

**Nicole Welch and Restore Hyper Wellness and Cryotherapy, an Entity of Austin Cryo Ventures, LLC, Appellants**

**v.**

**Kymberly See, Appellee**

---

**APPEAL FROM THE 450TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES BAKER, TRIANA AND THEOFANIS
REVERSED AND REMANDED ON MOTION FOR REHEARING –
OPINION BY JUSTICE TRIANA**

---

This is an appeal from the order signed by the trial court on January 14, 2022. Kymberly See has filed a motion for rehearing, and having reviewed the motion, the record, and the parties' arguments, we deny the motion for rehearing. The Court therefore withdraws its opinion and judgment from June 30, 2023. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's order. Therefore, the Court reverses the trial court's order and remands the case to the trial court for further proceedings consistent with the Court's opinion. The appellee shall pay all costs relating to this appeal, both in this Court and in the court below.